**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| **CATHODE LIGHTING SYSTEMS, INC.** ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> ) <br> **FEELUX LIGHTING, INC., ET AL.** ) <br> ) <br> **Defendants.** ) | Civil Action No. 8:10-cv-02145-PJM |

**STIPULATION AND [PROPOSED ORDER]
EXTENDING CERTAIN PRE-TRIAL DATES**

Whereas Plaintiff Cathode Lighting Systems, Inc. filed this patent infringement lawsuit against Defendants Feelux Lighting, Inc. and Feelux Lighting Co., Ltd. on August 4, 2010;

Whereas the Court held a *Markman* Claim Construction hearing on July 20, 2011, at which it stayed discovery pending its ruling (*see* DE 35, 7/20/11);

Whereas, on April 6, 2012, the Court filed a Memorandum Opinion and Order (DE 37) construing disputed patent claim terms;

Whereas on April 10, 2012 (DE 38), the Court requested Plaintiff and Defendants (collectively, the "Parties") to submit a proposed joint scheduling order (concerning the post-*Markman* litigation), which the Parties jointly proposed on April 20, 2012 (DE 39), and which the Court granted on April 24, 2012 (DE 40);

Whereas thereafter the litigation resumed; specifically, on May 23, 2012, Plaintiff served its Initial Disclosure of Infringement Contentions, and on June 22, 2012, Defendants served their Initial Disclosure of Invalidity Contentions (as called for by the schedule);

Whereas the Parties had been engaged in settlement discussions, and wishing to avoid incurring further litigation costs while those discussions progressed, sought on June 28, 2012 a ~60 day extension of the post-*Markman* schedule (DE 41), which the Court granted that same day (DE 42);

Whereas since that first extension, activity in this litigation has continued; specifically, on July 9, 2012, Plaintiff noticed F.R.Civ.P. 30(b)(6) depositions on Defendants, and propounded new, additional discovery requests, which Defendants responded to on August 16, 2012;

Whereas the Parties still are discussing settlement, and wishing to avoid incurring further litigation costs (including for expert opinions) while those discussions progress, hereby seek a second ~60 day extension for all remaining scheduled dates, as reflected below;

Whereas, following the Court's April 6, 2012 claim construction order, the Parties have sought only one extension of dates (i.e., the first extension on June 29, 2012, as referenced above); and

The Parties hereby agree to and propose the following new deadlines, juxtaposed against the pre-existing schedule, per (DE 41 (6/28/12) and DE 42 (6/28/12)):

| Activity | Pre-existing Date | New Date |
| --- | --- | --- |
| Plaintiff's Rule 26(a)(2) disclosures re expert report on infringement and damages, and Defendants' Rule 26(a)(2) disclosures re expert report on invalidity | September 7, 2012 | Wednesday, November 7, 2012 |
| Plaintiff's and Defendants' Rule 26(a)(2) rebuttal disclosures re above expert reports | October 19, 2012 | Tuesday, December 18, 2012 |
| Rule 26(e)(2) supplementation of disclosures and responses | October 19, 2012 | Tuesday, December 18, 2012 |
| Discovery deadline; submission of status report | November 16, 2012 | Tuesday, January 15, 2013 |
| Requests for admission | November 28, 2012 | Monday, January 28, 2013 |
| Dispositive pretrial motions deadline | December 28, 2012 | Friday, March 1, 2013 |
| Trial | Not Set | |

| | |
|---|---|
| August 22, 2012 | Respectfully submitted, |
| Cathode Lighting Systems, Inc. | Feelux Lighting, Inc.<br>Feelux Lighting Co., Ltd. |

<table>
<tr><td>

   /s/<br>
Christopher Mead (#08661)<br>
Mark London (#07747)

London & Mead<br>
1225 19th Street, N.W., Suite 320<br>
Washington D.C. 20036<br>
Tel: (202) 331-3334<br>
Fax: (202) 785-4280<br>
cmead@londonandmead.com<br>
mlondon@londonandmead.com

**Counsel for Plaintiff**

</td><td>

   /s/<br>
Steven M. Chasin (#18186)<br>
Baker & McKenzie LLP<br>
815 Connecticut Avenue, N.W.<br>
Washington, D.C. 20006-4078<br>
Tel: +1 202 452 7000; Fax: +1 202 452 7074<br>
steven.chasin@bakermckeznie.com

D. James Pak (*pro hac vice*)<br>
Baker & McKenzie LLP<br>
Two Embarcadero Center, 11th Floor<br>
San Francisco, California 94111<br>
Tel: +1 415 576 3000; Fax: +1 415 576 3099<br>
d.james.pak@bakermckenzie.com

Daniel A. Tallitsch (*pro hac vice*)<br>
Baker & McKenzie LLP<br>
300 East Randolph Street, Suite 5000<br>
Chicago, IL 60601, USA<br>
Tel: +1 312 861 8000; Fax: +1 312 861 2899<br>
daniel.tallitsch@bakermckenzie.com

**Counsel for Defendants**

</td></tr>
</table>

**It is so ORDERED.**
DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE